STATE v. LAUGHINGHOUSE

No. 78 PC.

Case below: 39 N.C. App. 655.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 28 June 1979. Appeal dismissed 28 June 1979.

STATE v. LAWRENCE

No. 123 PC.

Case below: 40 N.C. App. 427.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 12 July 1979.

STATE v. LEGGETT

No. 154 PC.

Case below: 40 N.C. App. 771.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 July 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 July 1979.

STATE v. LEONHARDT

No. 219 PC.

Case below: 41 N.C. App. 405.

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 July 1979.

STATE v. McCRAY

No. 201 PC.

Case below: 39 N.C. App. 736.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 12 July 1979.